**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| WENDY W. LIVINGSTON et al. | : | |
| Plaintiffs, | : | |
| | : | |
| vs. | : | C.A. No. 06-367-ML |
| | : | |
| | : | |
| DONN J. FRAGEAU | : | |
| Defendant. | : | |

## ENTRY OF APPEARANCE

We, Mark S. Mandell and Yvette M. Boisclair, hereby enter our appearance on behalf of Plaintiffs Wendy W. Livingston et al.

Plaintiffs,

/s/ Mark S. Mandell______________________

Mark S. Mandell, #0502
Yvette M. Boisclair, #4199
MANDELL, SCHWARTZ & BOISCLAIR
One Park Row
Providence, RI 02903
(401) 273-8330
(401) 751-7830 fax