AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

**Wendy W. Livingston et al.**

V.

**Donn J. Frageau**

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **06-367ML**

TO: (Name and address of Defendant)

**Donn J. Frageau**
**1303 Old Mill Road, P.O. Box 549**
**New Shoreham, Block Island 02807**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

**Mark S. Mandell, Esquire**
**MANDELL, SCHWARTZ & BOISCLAIR**
**One Park Row**
**Providence, RI 02903**

an answer to the complaint which is herewith served upon you, within **twenty (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

10-10-06

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 10 - 20 - 06 |
|---|---|
| NAME OF SERVER *(PRINT)* Vincent J McAloon | TITLE Other than Sgt |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the third-party defendant. Place where served: outside his home. 1303 Old Mill Road Block Island

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☐ Other (specify): ______

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| — | 45 - | 45 - |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10-20-06
Date

x Vincent J. McAloon
Signature of Server

PO Box 935 Block Island RI 02807
Address of Server

FILED
2006 NOV -9 A 10: 52
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.