UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

WENDY W. LIVINGSTON,
BAYARD U. LIVINGSTON and
EUGENIA M. CARRIS

v. C.A. No. 06-367ML

DONN J. FRAGEAU

v.

BLOCK ISLAND RECYCLING
MANAGEMENT, INC. and the
TOWN OF NEW SHOREHAM,
by and through AMY LEWIS, in
her capacity as Treasurer of the
TOWN OF NEW SHOREHAM

**THE TOWN OF SHOREHAM'S ANSWER TO THIRD-PARTY COMPLAINT, CROSS-CLAIM AND COUNTER-CLAIM**

1. Admitted.
2. This defendant is without sufficient information to admit or deny the allegations contained in paragraph 2.
3. Admitted.
4. Admitted.
5. This defendant is without sufficient information to admit or deny the allegations contained in paragraph 5.
6. Admitted.
7. Admitted.
8. Admitted.
9. Denied as written. However, it is generally admitted that the Town of New Shoreham leased the premises in question to Block Island Recycling Management, Inc.
10. Without sufficient information.
11. Denied.

**AFFIRMATIVE DEFENSES**

1. This Defendant affirmatively pleads that the plaintiff's were comparatively negligent.
2. This Defendant pleads the defense of assumption of the risk.
3. This Defendant contends that Plaintiffs' injuries were caused by persons or entities which this Defendant had no authority or control
4. Third-party Plaintiff has failed to state a claim against this Defendant.

WHEREFORE, defendant demands judgment against the third-party Plaintiff, plus its costs of defending this action.

TOWN OF NEW SHOREHAM,
by and through AMY LEWIS, in
her capacity as Treasurer of the
TOWN OF NEW SHOREHAM,
By its Attorney,

Melody A. Alger, Esquire #4585
Baluch, Gianfrancesco, Mathieu & Alger
155 South ~~Main Street~~, Suite 101
Providence, Rhode Island 02903
(401) 331-1434

**CERTIFICATION**

I, the undersigned, hereby certify that on the 31st day of January, 2007, I sent a true copy of the foregoing, first-class mail, postage prepaid, to:

Richard A. van Tienhoven, Esq.
312 South Main Street
Providence, Rhode Island 02903

Mark S. Mandell, Esq.
Mandell, Schwartz & Boisclair
One Park Row
Providence, Rhode Island 02903

**CROSS-CLAIM AND COUNTER-CLAIM**

1. The Plaintiff has commenced this action against the named TOWN OF NEW SHOREHAM and AMY LEWIS, in her capacity as Treasurer of the TOWN OF NEW SHOREHAM, alleging, among other things, negligent maintenance of a sidewalk on or about August 25, 2003, alleging damages and injuries resulting.

2. The New Shoreham Defendants, deny all allegations raised and has further denied all liability to the plaintiff, and hereby expressly restates and reiterates all denials herein.

3. Nevertheless, in event that the New Shoreham Defendants are adjudicated liable to the plaintiff in any amount for any and all allegations raised, the New Shoreham Defendants are entitled to full indemnification and/or contribution for the co-defendants, DONN J. FRAGEAU, BLOCK ISLAND RECYCLING MANAGEMENT, INC. and the or the breach of their duty, negligent maintenance of a sidewalk causing the alleged injuries to the plaintiff.

TOWN OF NEW SHOREHAM,
by and through AMY LEWIS, in
her capacity as Treasurer of the
TOWN OF NEW SHOREHAM,
By its Attorney,

Melody A. Alger, Esquire #4585
Baluch, Gianfrancesco, Mathieu & Alger
155 South Main Street, Suite 101
Providence, Rhode Island 02903
(401) 331-1434

**CERTIFICATION**

I, the undersigned, hereby certify that on the 31st day of January, 2007, I sent a true copy of the foregoing, first-class mail, postage prepaid, to:

Richard A. van Tienhoven, Esq.
312 South Main Street
Providence, Rhode Island 02903

Mark S. Mandell, Esq.
Mandell, Schwartz & Boisclair

One Park Row
Providence, Rhode Island 02903