UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

WENDY W. LIVINGSTON, :
BAYARD U. LIVINGSTON, and :
EUGENIA M. CARRIS :

VS. :

DONN J. FRAGEAU : C.A. 06-367ML

VS.

BLOCK ISLAND RECYCLING :
MANAGEMENT, INC. AND THE TOWN :
OF NEW SHOREHAM, by and through :
AMY LEWIS, in her capacity as :
Treasurer of the TOWN OF NEW :
SHOREHAM :

**DEFENDANT THIRD PARTY PLAINTIFF'S, DONN J. FRAGEAU, ANSWER TO THE TOWN OF SHOREHAM'S COUNTER CLAIM**

**FIRST DEFENSE**

1. Denies for lack of knowledge and information sufficient to form a belief as to the allegations contained in Paragraphs 1 and 2 of the Cross-Claim and Counterclaim.

2. Denies the allegations of Paragraph 3 of the Cross-Claim and Counterclaim.

WHEREFORE, defendant/third-party plaintiff, **Donn J. Frageau,** demands judgment in his favor and for his costs on the co-defendant's, **Town of New Shoreham,** Cross-Claim and Counterclaim for contribution and/or indemnification.

Defendant/third-party plaintiff, **Donn J. Frageau,** demands a trial by jury and designates **Richard A. van Tienhoven** as his trial counsel on the Cross-Claim and Counterclaim.

*Wendy W. Livingston, et al. vs. Donn J. Frageau*
*C.A. NO.: 06-367 M L*

Defendant/third party plaintiff,
Donn J. Frageau,
By his attorneys,

/s/ Richard A. van Tienhoven - #2628
van Tienhoven & Cotter, Limited
312 South Main Street
Providence, RI 02903
(401) 454-5350
(401) 454-5170 Fax
ravt.ksc@conversent.net

Dated: February 19, 2007