**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **WENDY W. LIVINGSTON, BAYARD U. LIVINGSTON, and EUGENIA M. CARRIS** | : | |
| **VS.** | : | **C.A. NO. 06-367 ML** |
| **DONN J. FRAGEAU** | : | |
| **VS.** | : | |
| **BLOCK ISLAND RECYCLING MANAGEMENT, INC. AND THE TOWN OF NEW SHOREHAM, by and through AMY LEWIS, in her capacity as Treasurer of the TOWN OF NEW SHOREHAM** | : | |

**ENTRY OF APPEARANCE**

Jon G. Hagopian and Mark J. Hagopian hereby enter their appearance for Third Party Defendant, Block Island Recycling Management, Inc., in the above-entitled matter.

______________________________
Jon G. Hagopian, Esq. (#4123)
Mark J. Hagopian, Esq. (#3281)
HAGOPIAN & HAGOPIAN
60 South County Commons Way, G5
South Kingstown, RI 02879
(401) 783-9787 Tel.
(401) 783-9977 Fax

**CERTIFICATION**

I hereby certify that I mailed a true copy of the within "Entry of Appearance" electronically and by regular mail, postage pre-paid on the _______ day of February 2007 to the following:

Richard A. van Tienhoven, Esq.
312 South Main Street
Providence, RI 02903

Mark S. Mandell, Esq.
Mandell, Schwartz & Boisclair
One Park Row
Providence, RI 02903

Melody A. Alger, Esq. (#4585)
Baluch, Gianfresco, Mathieu & Alger
155 South Main Street, Suite 101
Providence, RI 02903
(401) 331-1434

________________________________