**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **WENDY W. LIVINGSTON, BAYARD U. LIVINGSTON, and EUGENIA M. CARRIS** | : | |
| **VS.** | : | **C.A. NO. 06-367 ML** |
| **DONN J. FRAGEAU** | : | |
| **VS.** | : | |
| **BLOCK ISLAND RECYCLING MANAGEMENT, INC. AND THE TOWN OF NEW SHOREHAM, by and through AMY LEWIS, in her capacity as Treasurer of the TOWN OF NEW SHOREHAM** | : | |

**STIPULATION**

By agreement between Third Party Defendant, Town of New Shoreham (Town) and Third Party Defendant Block Island Recycling Management, Inc. (Block Island Recycling), Block Island Recycling shall have twenty (20) additional days, up to and including February 28, 2007, within which to answer or otherwise defend against the Town's Crossclaim.

Block Island Recycling and Management, Inc.
By Its Attorneys,

/s/Mark J. Hagopian

Mark J. Hagopian, Esq. (#3281)
Jon G. Hagopian, Esq. (#4123)
HAGOPIAN & HAGOPIAN
60 South County Commons Way, G5
South Kingstown, RI 02879
(401) 783-9787 Tel.
(401) 783-9977 Fax

Town of New Shoreham
By Its Attorneys,

/s/ Melody A. Alger

Melody A. Alger, Esq. (#4585)
Baluch, Gianfresco, Mathieu & Alger
155 South Main Street, Suite 101
Providence, RI 02903
(401) 331-1434

**CERTIFICATION**

I hereby certify that I mailed a true copy of the within "Stipulation" by regular mail, postage pre-paid on the 1st day of March 2007 to the following:

Richard A. van Tienhoven, Esq.
312 South Main Street
Providence, RI 02903

Mark S. Mandell, Esq.
Mandell, Schwartz & Boisclair
One Park Row
Providence, RI 02903

Melody A. Alger, Esq. (#4585)
Baluch, Gianfresco, Mathieu & Alger
155 South Main Street, Suite 101
Providence, RI 02903
(401) 331-1434

/s/Mark J. Hagopian