UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

WENDY W. LIVINGSTON,
BAYARD U. LIVINGSTON and
EUGENIA M. CARRIS

v. C.A. No. 06-367ML

DONN J. FRAGEAU

v.

BLOCK ISLAND RECYCLING
MANAGEMENT, INC. and the
TOWN OF NEW SHOREHAM,
by and through AMY LEWIS, in
her capacity as Treasurer of the
TOWN OF NEW SHOREHAM

**ANSWER OF DEFENDANT, TOWN OF SHOREHAM TO BLOCK ISLAND RECYCLING MANAGEMENT, INC.'S CROSS-CLAIM**

1. Admitted that a third-party complaint has been filed against third-party defendant, Block Island Recycling Management, Inc. and that Block Island Recycling Management, Inc. denies liability for the alleged incident. Denied that plaintiff's injuries were caused by any negligence of the town of New Shoreham.
2. The Town of New Shoreham denies that Block Island Recycling Management, Inc. is entitled to contribution or indemnification from the Town of New Shoreham.

TOWN OF NEW SHOREHAM,
by and through AMY LEWIS, in
her capacity as Treasurer of the
TOWN OF NEW SHOREHAM,
By its Attorney,

/s/ Melody A. Alger

Melody A. Alger, Esquire #4585
Baluch, Gianfrancesco, Mathieu & Alger
155 South Main Street, Suite 101
Providence, Rhode Island 02903
(401) 331-1434

**CERTIFICATION**

I, the undersigned, hereby certify that on the day of March, 2007, this document filed through ECF System will be sent via first-class mail, postage prepaid, to:

Richard A. van Tienhoven, Esq.
312 South Main Street
Providence, Rhode Island 02903

Mark S. Mandell, Esq.
One Park Row
Mandell, Schwartz & Boisclair
Providence, Rhode Island 02903

/s/ Melody A. Alger