UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| WENDY W. LIVINGSTON,<br>BAYARD U. LIVINGSTON, and<br>EUGENIA M. CARRIS | :<br>:<br>: | |
| VS. | : | |
| DONN J. FRAGEAU | : | |
| VS. | : | C.A. 06-367ML |
| BLOCK ISLAND RECYCLING<br>MANAGEMENT, INC. AND THE TOWN<br>OF NEW SHOREHAM, by and through<br>AMY LEWIS, in her capacity as<br>Treasurer of the TOWN OF NEW<br>SHOREHAM | :<br>:<br>:<br>:<br>:<br>: | |

**INITIAL SCHEDULING CONFERENCE STATEMENT OF DEFENDANT, DONN J. FRAGEAU**

Pursuant to the Court's Initial Scheduling Conference Notice, the defendant, Donn J. Frageau, submits the following statement.

The case involves a claim for negligence arising out of an incident which occurred on August 25, 2003 at the Block Island Transfer Station. On that date, the defendant Frageau was at the Transfer Station with his pickup truck. The plaintiffs, Wendy Livingston and Eugenia Carris were also at the Transfer Station. The plaintiffs allege that as they walked across the Transfer Station grounds, from the recycling area to the trash area, they were struck and knocked to the ground by the defendant's pickup truck as it backed away from the weigh station. The plaintiffs allege the defendant Frageau was negligent in the operation of his vehicle in that he breached his duty of care to operate the truck in a prudent manner. As a result of the alleged negligence of Mr. Frageau, the plaintiffs claim they suffered severe and permanent physical injuries and emotional distress. The plaintiff, Bayard Livingston, alleges a

claim for loss of consortium due to the injuries suffered by his wife.

The defendant, Donn J. Frageau, filed a third-party complaint against the Town of New Shoreham and Block Island Recycling Management, Inc. for contribution and/or indemnification. Upon information and belief, the Town of New Shoreham owns the premises known as the Block Island Transfer Station and either hired out or leased the premises to Block Island Recycling Management, Inc. to operate the premises for trash collection and recycling. Defendant Frageau alleges the third-party defendants' negligence in operating, managing and/or supervising the premises caused or contributed to the injuries alleged by the plaintiffs. Therefore, defendant Frageau seeks contribution and/or indemnification from the third-party defendants.

Defendant, Donn J. Frageau,
By his attorneys,

/s/ Richard A. van Tienhoven - #2628
van Tienhoven & Cotter, Limited
312 South Main Street
Providence, RI 02903
(401) 454-5350
(401) 454-5170 Fax