**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **WENDY W. LIVINGSTON, BAYARD U. LIVINGSTON, and EUGENIA M. CARRIS** | : | |
| **vs.** | : | **C.A. NO. 06-367 ML** |
| **DONN J. FRAGEAU** | : | |
| **vs.** | : | |
| **BLOCK ISLAND RECYCLING MANAGEMENT, INC. AND THE TOWN OF NEW SHOREHAM, by and through AMY LEWIS, in her capacity as Treasurer of the TOWN OF NEW SHOREHAM** | : | |

**RULE 16 CONFERENCE STATEMENT OF THE TOWN OF NEW SHOREHAM**

Now comes Third Party Defendant, The Town of New Shoreham, pursuant to LR Cv 16 (c) hereby submits its Rule 16 Conference Statement. The Plaintiffs claim that they suffered personal injuries on August 23, 2003, allegedly as the result of the negligent operation of a motor vehicle by Defendant Frageau ("Frageau"), while on premises owned by the Town of New Shoreham ("the Town"), upon which Block Island Recycling Management, Inc. ("BIRM") operates a trash recycling center pursuant to a written agreement with the Town.

Frageau filed a Third-Party Complaint against the Town and B.I.R.M. for contribution and/or indemnification, alleging that the Town and B.I.R.M. negligently operated, managed and/or supervised the premises upon which the trash recycling center is operated, causing or contributing to the Plaintiffs' injuries. Both the Town and

B.I.R.M. filed an Answer denying the allegations of negligence against and crossclaims against the other defendants.

The Town is an additional insured under the policy of insurance issued by Exeter Insurance Company to BIRM. Exeter has filed a declaratory judgment action in Washington County Superior Court alleging that it has no duty to defend or indemnify either BIRM or the Town, and both BIRM and the Town have filed counterclaims for declaratory relief.

The Town denies any negligence in the present matte, but is at a disadvantage in that it is unaware of any specific act or omission that Frageau claims is causally related to Plaintiffs' injuries. The Town denies any negligence.

The Town of New Shoreham,
By its Attorney,

/s/ Melody A. Alger

Melody A. Alger, Esquire #4585
Baluch, Gianfrancesco, Mathieu & Alger
155 South Main Street, Suite 101
Providence, Rhode Island 02903
(401) 331-1434

**CERTIFICATION**

I, the undersigned, hereby certify that on the 30th day of March, 2007, this document filed through ECF System will be sent via first-class mail, postage prepaid, to:

Richard A. van Tienhoven, Esq.
312 South Main Street
Providence, Rhode Island 02903

Mark S. Mandell, Esq.
Mandell, Schwartz & Boisclair
One Park Row
Providence, Rhode Island 02903

Mark J. Hagopian, Esq.
Jon G. Hagopian, Esq.
HAGOPIAN & HAGOPIAN
60 South County Commons Way, G5
South Kingstown, RI 02879

/s/ Melody A. Alger