UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| WENDY W. LIVINGSTON,<br>BAYARD U. LIVINGSTON,<br>and EUGENIA M. CARRIS | : | |
| V. | : | C.A. NO. 06-367 ML |
| DONN J. FRAGEAU | : | |
| V. | : | |
| BLOCK ISLAND RECYCLING<br>MANAGEMENT, INC. AND THE<br>TOWN OF NEW SHOREHAM, by<br>and through AMY LEWIS, in her<br>capacity as Treasurer of the TOWN<br>OF NEW SHOREHAM | : | |

**PLAINTIFFS' INITIAL RULE 16 STATEMENT**

Now come Plaintiffs and submit the following statement:

On August 25, 2003, Defendant Donn Frageau struck pedestrians Plaintiff Wendy Livingston and Plaintiff Eugenia Carris with his vehicle causing serious personal injury to both plaintiffs. At the time of the incident, Defendant Frageau was backing up and had several empty barrels in the bed of his truck which partially blocked his view. At all times, Plaintiffs were acting with due care.

The incident occurred at the Block Island Transfer Station (also known as the Town Dump).

Plaintiff Wendy Livingston:

Plaintiff Wendy Livingston was knocked to the ground and rendered unconscious due to a severe head injury she sustained. She was transported from Block Island by ambulance to

Rhode Island Hospital where she was diagnosed with a subdural hematoma which required emergency brain surgery (emergency craniotomy for evacuation of acute subdural hematoma).

As a result of her brain injury, she has residual memory loss and decreased cognition. She has also been diagnosed with Temporal Mandibular Joint Syndrome and suffers from the pain and limitations of that condition.

Plaintiff Eugenia Carris:

Plaintiff Eugenia Carris, Mrs. Livingston's daughter-in-law, was also struck by Defendant Frageau's vehicle in her upper left hip/buttocks area and then fell to the right injuring her back and neck. She has received medical treatment, including physical therapy and injections, for her injuries and continues to suffer from her injuries.

Discovery:

Plaintiffs anticipate deposing Defendant Frageau and propounding Interrogatories to him.

Plaintiffs,
WENDY W. LIVINGSTON,
BAYARD U. LIVINGSTON,
and EUGENIA M. CARRIS
By their attorneys,

/s/ Mark S. Mandell___________________
Mark S. Mandell, Esq. (#0502)
Yvette M. Boisclair, Esq. (#4199)
MANDELL, SCHWARTZ & BOISCLAIR
One Park Row
Providence, RI 02903
(401) 273-8330
(401) 751-7830

**CERTIFICATION**

I hereby certify that I mailed a true and accurate copy of the within by regular mail, postage prepaid, to Melody A. Alger, Esq., Baluch, Gianfrancesco, Mathieu & Alger, 155 South Main Street, Suite 101, Providence, RI 02903; Richard A. van Tienhoven, Esq., van Tienhoven & Cotter, 312 South Main Street, Providence, RI 02903; and Mark J. Hagopian, Esq., Jon G. Hagopian, Esq., Hagopian & Hagopian, 60 South County Commons Way, Suite G5, South Kingstown, RI 02879 on this 2nd day of April 2007.

____________________________________