UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| WENDY W. LIVINGSTON, BAYARD U. LIVINGSTON, and EUGENIA M. CARRIS | : | |
| V. | : | C.A. NO. 06-367 ML |
| DONN J. FRAGEAU | : | |
| V. | : | |
| BLOCK ISLAND RECYCLING MANAGEMENT, INC. AND THE TOWN OF NEW SHOREHAM, by and through AMY LEWIS, in her capacity as Treasurer of the TOWN OF NEW SHOREHAM | : | |

**CERTIFICATION**

I hereby certify that I mailed a true and accurate copy of Plaintiffs' Initial Rule 16 Statement by regular mail, postage prepaid, to Melody A. Alger, Esq., Baluch, Gianfrancesco, Mathieu & Alger, 155 South Main Street, Suite 101, Providence, RI 02903; Richard A. van Tienhoven, Esq., van Tienhoven & Cotter, 312 South Main Street, Providence, RI 02903; and Mark J. Hagopian, Esq., Jon G. Hagopian, Esq., Hagopian & Hagopian, 60 South County Commons Way, Suite G5, South Kingstown, RI 02879 on this 2nd day of April 2007.

/s/ Mark S. Mandell___________________