UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| WENDY W. LIVINGSTON, BAYARD U. LIVINGSTON, and EUGENIA M. CARRIS | : | |
| VS. | : | |
| DONN J. FRAGEAU | : | |
| VS. | : | C.A. 06-367ML |
| BLOCK ISLAND RECYCLING MANAGEMENT, INC. AND THE TOWN OF NEW SHOREHAM, by and through AMY LEWIS, in her capacity as Treasurer of the TOWN OF NEW SHOREHAM | : | |

## DISMISSAL STIPULATION

The Complaint of the plaintiffs, **WENDY W. LIVINGSTON, BAYARD U. LIVINGSTON, and EUGENIA M. CARRIS,** against the defendant, **DONN J. FRAGEAU,** is dismissed with prejudice, no interest, no costs.

The third-party Complaint of **DONN J. FRAGEAU,** against the third-party defendants, **BLOCK ISLAND RECYCLING MANAGEMENT, INC. AND THE TOWN OF NEW SHOREHAM, by and through AMY LEWIS, in her capacity as Treasurer of the TOWN OF NEW SHOREHAM,** is dismissed with prejudice, no interest, no costs.

The Counterclaims of the third-party defendants, **BLOCK ISLAND RECYCLING MANAGEMENT, INC. AND THE TOWN OF NEW SHOREHAM, by and through AMY LEWIS, in her capacity as Treasurer of the TOWN OF NEW SHOREHAM** against the third-party plaintiff, **DONN J. FRAGEAU,** are dismissed with prejudice, no interest, no costs.

The Crossclaims of the third-party defendants, **BLOCK ISLAND RECYCLING MANAGEMENT, INC. AND THE TOWN OF NEW SHOREHAM, by and through AMY LEWIS, in her capacity as Treasurer of the TOWN OF NEW SHOREHAM** against each other are dismissed with prejudice, no interest, no costs.

***WENDY W. LIVINGSTON, et al vs. DONN J. FRAGEAU***
***C.A. 06-367 M L***

/s/ Mark S. Mandell- # 0502
Attorney for the Plaintiffs
Mandell, Schwartz & Boisclair
One Park Row
Providence, RI 02903
(401) 273-8330
(401) 751-7830 fax

/s/ Yvette M. Boisclair- # 4199
Attorney for the Plaintiffs
Mandell, Schwartz & Boisclair
One Park Row
Providence, RI 02903
(401) 273-8330
(401) 751-7830 fax

/s/ Richard A. van Tienhoven - #2628
Attorney for the Defendant and Third-party Plaintiff, Donn J. Frageau
van Tienhoven & Cotter, Ltd.
312 South Main Street
Providence, RI 02903
(401) 454-5350
(401) 454-5170 fax
*ravt.ksc@conversent.net*

/s/ Melody A. Alger- # 4585
Attorney for the Third-party Defendant Town of New Shoreham, by and through Amy Lewis in her capacity as Treasurer of the Town of New Shoreham
Baluch , Gianfrancesco, Mathieu & Alger
155 South Main Street – Suite 101
Providence, RI 02903
(401) 331-1434

/s/ Mark J. Hagopian- # 3281
Attorney for Block Island Recycling Management, Inc.
Hagopian & Hagopian
60 South County Commons Way, G5
South Kingstown, RI 02879
(401) 783-9787
(401) 782-9977 fax

/s/ Jon G. Hagopian- # 4123
Attorney for Block Island Recycling Management, Inc.
Hagopian & Hagopian
60 South County Commons Way, G5
South Kingstown, RI 02879
(401) 783-9787
(401) 782-9977 fax

Dated: August 23, 2007